FILED' 10 JAN 25 9:37USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL SCHMITT** dba MICHAEL SCHMITT PHOTOGRAPHY, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>**VAG GROUP, INC.**, a foreign corporation and VAG PERFORMANCE, LLC, a foreign limited liability company,<br><br>        Defendant. | Civil Case No. 09-380-HU<br><br>O R D E R |

      Michael Schmitt
      Michael Schmitt Photography
      1420 NW Lovejoy, Unit 627
      Portland, Oregon  97209

        Pro Se Plaintiff

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on December 3, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation dated December 3, 2009 in its entirety.

IT IS HEREBY ORDERED that plaintiff's motion for default judgment (#10) is GRANTED. Plaintiff is awarded $2,450.00 per image for defendant's willful infringement of plaintiff's photographs ($490 per image multiplied by five for willfulness), for a total monetary award of $9,800.00 (four images multiplied by $2,450.00). Plaintiff's request for injunctive relief is GRANTED, as is his request for an award of reasonable attorney's fees and costs.

DATED this 25th day of January, 2010.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER