IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL SCHMITT** dba Michael  Civil No. 09-380-HU
Schmitt Photography, an individual,

       Plaintiff,  O R D E R

   v.

**VAG GROUP, INC.,** a foreign corporation
and VAG Performance, LLC, a foreign limited
liability company,

       Defendants.
_____

    Michael K. Heilbronner
    Idea Legal, PC
    121 S.W. Morrison, Suite 1020
    Portland, Oregon  97204

    Eli Mark
    Morvillo, Abramowitz, Grand, Iason, Anello
      & Bohrer, P.C.
    565 Fifth Avenue
    New York, New York  10017

      Attorneys for Plaintiff

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 12, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel (#36) dated August 12, 2010 in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees (#29) is granted in part. Plaintiff is awarded $5,650.00 in fees and $515.65 in costs.

DATED this   21st   day of September, 2010.

                                  /s/ Garr M. King
                                  GARR M. KING
                              United States District Judge